UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH LANE
(#351047)

CIVIL ACTION

VERSUS

NO. 10-454-BAJ-CN

WARDEN STEVE C. RADER, ET AL

**RULING**

The Court, after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 25, 2011 (doc. 9), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, defendants' Motion for Summary Judgment (doc. 8) is granted. Plaintiff's claims asserted against the defendants are hereby dismissed, with prejudice, and this action is hereby dismissed.

Baton Rouge, Louisiana, September 26, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA